The order below is hereby signed.

Signed: May 8 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>George Williams Pacori<br>    Debtor | Chapter 13<br>Case No. 25-00010-ELG |
| The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-19<br>    Movant<br><br>v.<br><br>George Williams Pacori<br>    Debtor | Ref. Dkt. #32 |

## CONSENT ORDER MODIFYING AUTOMATIC STAY

Upon consideration of the Motion for Relief from Automatic Stay ("Motion") filed by

The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JP

Gene Jung, Bar #14950
Orlans Law Group PLLC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101

Morgan Chase Bank, N.A. as Trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-19 ("Movant"), the consent of the Debtor having been given and good cause having been shown; and

WHEREAS, on or about October 6, 2004, George William Pacori executed and delivered to America's Wholesale Lender a promissory note (the "Note") in the amount of SIX HUNDRED FIFTY THOUSAND DOLLARS AND NO CENTS ($650,000.00), plus interest at the adjustable rate of 1.750% per annum, to be paid over thirty (30) years; and

WHEREAS, to secure the repayment of the sums due under the Note, George William Pacori executed and delivered to America's Wholesale Lender a Deed of Trust dated October 6, 2004, encumbering the real property ("Property") described as:

```
LOT NUMBERED FORTY-SEVEN (47) IN THE SUBDIVISION MADE BY CHEVY CHASE LAND
COMPANY OF MONTGOMERY COUNTY, MARYLAND OF LOTS IN SQUARE NUMBERED NINETEEN
HUNDRED AND EIGHTY-NINE (1989), AS PER PLAT RECORDED IN LIBER NUMBER 77,
FOLIO 79, ONE OF THE RECORDS OF THE OFFICE OF THE SURVEYOR FOR THE
DISTRICT OF COLUMBIA.  PROPERTY ADDRESS: 5107 CONNECTICUT AVE., NW
WASHINGTON, DC 20008
```

which has the address of **5107 Connecticut Avenue, NW, Washington, DC 20008**; and

WHEREAS, the Note was later transferred to Movant and Movant is the current holder of the Note and Deed of Trust; and

WHEREAS, the Debtor has cured the post-petition arrearage listed in the filed Motion but is in default post-petition for $13,691.31, which includes three (3) post-petition payments in the amount of $4,151.47 each for the months of February, 2026 through April, 2026, including $1,249.00 representing attorneys' fees and costs incurred by Movant in filing the Motion for Relief, less Debtor's suspense in the amount of $12.10; and

WHEREAS, the parties desire to resolve this matter without the risks and costs of litigation.

It is by the United States Bankruptcy Court for the District of Columbia,

**ORDERED**, that the automatic stay is modified as follows:

(a)      The Debtor shall cure the arrearage by making the following payments inclusive of the

fees and costs ("Arrearage Payment")

| | |
|---|---|
| May15, 2026 | $1,140.94 |
| June 15, 2026 | $1,140.94 |
| July 15, 2026 | $1,140.94 |
| August 15, 2026 | $1,140.94 |
| September 15, 2026 | $1,140.94 |
| October 15, 2026 | $1,140.94 |
| November 15, 2026 | $1,140.94 |
| December 15, 2026 | $1,140.94 |
| January 15, 2027 | $1,140.94 |
| February 15, 2027 | $1,140.94 |
| March 15, 2027 | $1,140.94 |
| April 15, 2027 | $1,140.97; and; |

(b)  In addition to curing the Arrearage, the Debtor shall resume making regular monthly payments

in the amount of $4,151.47 subject to adjustment for taxes and insurance as due under the

Note beginning on May 1, 2026 and continuing on the same day of each and every month

thereafter until the Note is paid in full, and;

(c)      All payments must be sent directly to Nationstar Mortgage LLC, Bankruptcy

Department, PO Box 619094, Dallas, TX 75261-9741; and it is further

ORDERED, that if any of the payments described herein are not timely made,

then Movant, its successors and assigns, shall file and serve a Notice of Default to Debtor

and Debtor's counsel.  The Notice of Default shall contain the full amount needed to cure

the default including any attorneys' fees associated with filing the notice of Default.  The

Debtor shall have fourteen (14) days ("Cure Period") from the date the Notice of Default

is filed to cure the default along with any payment that has become due subsequent to the

Notice of Default.  If the default is not cured within the cure period, the automatic stay

shall then terminate immediately without any further court proceeding, and Movant, its successors and assigns, shall be authorized to immediately exercise its legal rights under applicable law as to the Property.  Movant may, for completeness of record, file a Notice of Intent to Foreclose; and it is further,

ORDERED, that in the event Debtor disputes the Notice of Default and files a response within the fourteen (14) day cure period that states with particularity the basis for the dispute, then the automatic stay shall remain in effect pending disposition of the matter; and it is further,

ORDERED, that upon the filing of the third and final notice of default, that the Debtor shall have no further opportunity to cure any post-petition default and the automatic stay related to the Property shall terminate without any further court proceeding.  Movant may, for completeness of record, file a Notice of Intent to Foreclose; and it is further,

ORDERED, that in the event that the automatic stay is terminated, the Chapter 13 Trustee shall be relieved of any and all obligation to distribute Plan funds to Movant, its successors or assigns; and it is further,

ORDERED, that in the event the automatic stay is terminated, that the automatic stay shall remain terminated notwithstanding any conversion of this bankruptcy case to another chapter of the Bankruptcy Code; and it is further,

ORDERED that the fourteen (14) day stay of relief pursuant to Fed. Rule Bankr. P. 4001(a)(3) is hereby waived,

[*Signatures on Following Page*]

**I ASK FOR THIS:**

 */s/ Gene Jung*
Gene Jung, Bar #14950
Orlans Law Group PLLC
PO Box 2548
Leesburg, VA 20177
gjung@orlans.com
(703) 777-7101
*Counsel for Movant*


**SEEN AND AGREED:**

 */s/ Stacy R. Pace*
Stacy R. Pace, Esq.
PACE Group LLC
1629 K Street, NW
Suite 300
Washington, DC 20006
*Counsel for Debtor*


**SEEN AND ACKNOWLEDGED:**
(Pursuant to D.C. Local Bankr. Rule 9072-1)

 /s/ Benjamin J. Beatty 5/6/26
Rebecca A. Herr
185 Admiral Cochrane Drive
Suite 240
Annapolis, MD 21401
(301) 805-4700
ecf@ch13md.com
*Chapter 13 Trustee*

**CERTIFICATION**

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

*/s/*  Gene Jung
Gene Jung, Esq.

Copies to:

Gene Jung, Esq.
Orlans Law Group PLLC
P.O. Box 2548
Leesburg, VA 20177
*Counsel for Movant*

George William Pacori
5107 Connecticut Ave NW
Washington, DC 20008
*Debtor*

Stacy R. Pace, Esquire
PACE Group LLC
1629 K Street, NW
Suite 300
Washington, DC 20006
*Counsel for Debtor*

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
*Chapter 13 Trustee*

**END OF ORDER**
